**FILED**
DISTRICT COURT OF GUAM
OCT 17 2006
MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF GUAM

| | |
|---|---|
| United States of America,<br>    Plaintiff,<br><br>vs.<br><br>MICHAEL F. ATENDIDO<br>    Defendant. | CRIMINAL CASE NO. 99-00020-001<br><br>**TRAVEL REQUEST INFORMATION** |

On September 3, 1999, Michael F. Atendido was sentenced by the Honorable Alex R. Munson, for Conspiracy to Distribute Crystal Methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) and 846. He was ordered to serve 87 months imprisonment followed by 60 months of supervised release with conditions that he: comply with the mandatory and standard conditions of supervised release; abstain from the use of any and all alcohol beverages; perform 300 hours of community service; participate in drug treatment and testing; and obtain and maintain gainful employment and continue to support his dependents; and pay a $100 special assessment fee. Mr. Atendido began his term of supervision on June 11, 2005.

On October 6, 2006, Mr. Atendido submitted a travel request form for employment training purposes in Saipan. Specifically, he explained that on October 2, 2006, he obtained employment in television production as a Grip with Island Grip Service. The company president, Mr. Stanley Odquier, was contacted by this Officer for travel verification. Mr. Odquier stated that the business is presently operating out of Saipan, however, an office on Guam is being opened. Mr. Atendido will play a large role in Guam operations for the company, however, he will need to train to use filming equipment in Saipan. Mr. Atendido's requested travel dates are from October 23, 2006 to October 27, 2006. This is Mr. Atendido's first request to travel.

**Supervision Compliance:** On February 1, 2006, Mr. Atendido completed the year-long drug treatment and testing program of the U.S. Probation Office. He completed the 300-hour community service order on March 24, 2006, and paid the $100 special assessment fee on December 9, 1999.

Travel Request Information
Re: ATENDIDO, Michael F.
USDC Cr. Cs. No. 99-00020-001
October 12, 2006
Page 2


**Recommendation:** In light of Mr. Atendido's present compliance status with his supervised release conditions, this Officer supports the request to travel and seeks Court approval.

Executed this 12th day of October 2006 at Hagatna, Guam.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: ROBERT I. CARREON
U.S. Probation Officer

Reviewed by:

ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc: File