| PROB 37 (Rev. 7/71) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br><br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br><br>U.S. PROBATION OFFICE<br>2nd Floor, U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910 |
|---|---|---|

Michael F. Atendido
USDC CrCs.99-00020-001
SSN: XX-XXX-2711
DOB: XX-XX-1965
HT: 5'8" / WT: 200 lbs.



DATE  October 12, 2006

YOU ARE AUTHORIZED TO TRAVEL TO        Saipan

LEAVING        October 23, 2006        AND RETURNING        October 27, 2006

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

PURPOSE OF THIS TRIP:

**Employment Training**

**FILED**
DISTRICT COURT OF GUAM
OCT 18 2006
MARY L.M. MORAN
CLERK OF COURT

SPECIAL INSTRUCTIONS:   (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1. Upon your arrival on Guam and on the first working day available, report in person to the U.S. District Court of Guam to check-in with the U.S. Probation Office.

2. Immediately report any change in your travel plans to the U.S. Probation Office.

COPY MAILED TO CHIEF PROBATION OFFICER IN
DISTRICT OF DESTINATION:

_____
ROBERT I. CARREON
UNITED STATES PROBATION OFFICER

NAME: _____
ADDRESS: _____

[X] Approved     [ ] Disapproved

**RECEIVED**
OCT 17 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM

_____
HON. JOAQUIN V.E. MANIBUSAN, Jr.
U.S. Magistrate Judge
U.S. District of Guam

Case 1:99-cr-00020   Document 23   Filed 10/18/2006   Page 1 of 1