PROB 12B
(7/93)

# *United States District Court*

for

### *District of Guam*

**FILED**

DISTRICT COURT OF GUAM

MAR 1 2 2007 nᵇᵘ

MARY L.M. MORAN
CLERK OF COURT

### Report for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearings is Attached)*

Name of Offender    **Michael F. Atendido**          Case Number: **CR 99-00020-001**

Name of Sentencing Judicial Officer:    Alex R. Munson, Designated Judge

Date of Original Sentence:    June 6, 2002

Original Offense:    Conspiracy to Distribute Crystal Methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) and 846.

Original Sentence:    87 months imprisonment followed by 60 months of supervised release with conditions that he: comply with the mandatory and standard conditions of supervised release; abstain from the use of any and all alcohol beverages; perform 300 hours of community service; participate in drug treatment and testing; obtain and maintain gainful employment; continue to support his dependents; and pay a $100 special assessment fee.    **Modified December 5, 2006** to include that he refrain from any unlawful use of a controlled substance, and submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed eight tests per month, as directed by the probation officer.

Type of Supervision:  Supervised Release          Date Supervision    June 11, 2005

## PETITIONING THE COURT

[ ]    To extend the term of supervision          years, for a total term          years.

[X]    To modify the conditions of supervision as follows:

1.    The defendant shall be allowed to travel between Guam and Saipan for employment purposes as verified and approved by the U.S. Probation Officer. The defendant shall provide full travel information to the U.S. Probation Officer at least 2 days prior to any such travel.

Report for Modifying the
Conditions or Term of Supervision
with Consent of Offender

page 2

CAUSE

On October 2, 2006, Michael F. Atendido obtained employment as a Technical Production Assistant/Grip. The company provides logistical services in the filming and production of various Japanese television commercials/programs on Guam and Saipan. On January 1, 2007, Mr. Atendido reported to this Officer that his employer would like him to travel periodically between Guam and Saipan to assist in various filming projects. Mr. Atendido stated, however, that having to wait for Court approval to travel to Saipan often delays his ability to meet his employer's needs. This Officer contacted the company's President, Mr. Stanley Odquir, who verified Mr. Atendido's employment dilemma. He stated that any measure by the Court to allow Mr. Atendido to expeditiously travel between Guam and Saipan would be appreciated.

Based on the information above, this Officer respectfully requests that the Court modify the conditions of supervised release, pursuant to 18 U.S.C. § 3583(e)(2) as follows:

> "The defendant shall be allowed to travel between Guam and Saipan for employment purposes as verified and approved by the U.S. Probation Officer. The defendant shall provide full travel information to the U.S. Probation Officer at least 2 days prior to any such travel."

Attached is Probation Form 49, Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision, with Mr. Atendido's consent to the modification.

Mr. Atendido is in full compliance with his conditions of supervised release. He completed the drug treatment and testing program on February 1, 2006, and completed the 300 hour community service order on March 25, 2006. Mr. Atendido submitted to mandatory DNA collection on September 15, 2005, and paid the $100 special assessment fee on December 9, 1999. He has submitted all monthly supervision reports to date, and has tested negative at all random drug/alcohol tests.

Reviewed by:

ROSSANNA VILLAGOMEZ-AGUON

U.S. Probation Officer
Supervision Unit Leader

Date: 3/8/07

Respectfully submitted,

by: ROBERT I. CARREON

U.S. Probation Officer

Date: 3/8/07

## THE COURT ORDERS

☐ No Action

☐ The Extension of Supervision as Noted Above.

☑ The Modification of Conditions as Noted Above.

☐ Other    Issuance of a:  ☐ Summons   ☐ Warrant

RECEIVED
MAR - 9 2007
DISTRICT COURT OF GUAM
HAGATNA, GUAM

HON. FRANCES M. TYDINGCO-GATEWOOD
Chief Judge
District of Guam

3/12/07
Date

PROB 49
(3/89)

*United States District Court*

for

*District of Guam*

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**The defendant shall be allowed to travel between Guam and Saipan for employment purposes, as verified and approved by the U.S. Probation Officer. The defendant shall provide full travel information to the U.S. Probation Officer at least 2 days prior to any such travel.**

Witness: ___ROBERT I. CARREON___          Signed: ___MICHAEL ATENDIDO___

U.S. Probation Officer                                    Probationer or Supervised Releasee

___3 · / · 07___

Date