| PROB 35 (3/07) | **Report and Order Terminating Supervised Release Prior to Original Expiration Date** |
|---|---|

# United States District Court

FOR THE

*District of Guam*

UNITED STATES OF AMERICA

       v.  CRIMINAL CASE NO.  99-00020-001

MICHAEL F. ATENDIDO

On June 11, 2005, Michael F. Atendido was placed on supervised release for five years. He has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that Mr. Atendido be discharged from supervision.

                                                       Respectfully submitted,

                                                       ROSSANNA VILLAGOMEZ-AGUON
                                                       Acting Chief U.S. Probation Officer

By:    /s/ JUDY ANNE L. OCAMPO
                                                       U.S. Probation Officer

Reviewed by:

 /s/ CARMEN D. O'MALLAN
U.S. Probation Officer Specialist
Supervision Unit Leader

cc:   AUSA
       Defense Counsel
       File

### ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged and that the proceedings in the case be terminated.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 99-00020-001 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **SPECIAL REPORT** |
| vs. | ) | |
| | ) | |
| MICHAEL F. ATENDIDO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**Re:    Request for Early Termination from Supervised Release**

On September 3, 1999, Michael F. Atendido was sentenced in the U.S. District Court of Guam by the Honorable Alex R. Munson, Designated Judge for Conspiracy to Distribute Crystal Methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) and 846. He was sentenced to eighty-seven months imprisonment followed by 60 months of supervised release with conditions that he: comply with the mandatory and standard conditions of supervised release; abstain from the use of any and all alcohol beverages; perform 300 hours of community service; participate in drug treatment and testing; obtain and maintain gainful employment; continue to support his dependents; and pay a $100 special assessment fee. Release conditions were modified December 5, 2006 to include that he refrain from any unlawful use of a controlled substance, and submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed eight tests per month, as directed by the probation officer. Release conditions were again modified on March 12, 2007 to allow the defendant to travel between Guam and Saipan for employment purposes provided he submits full travel information to the U.S. Probation Office.

On July 2, 2007, Mr. Atendido made a request to the U.S. Probation Office for early termination from supervision, pursuant to 18 U.S.C. §3583(e)(1). Mr. Atendido's adjustment under supervision has been excellent. Supervised release began on June 11, 2005, and is scheduled to terminate on June 10, 2010. He completed the drug treatment and testing program on February 1, 2006, and completed the 300 hour community service order on March 25, 2006. Mr. Atendido submitted to mandatory DNA collection on September 15, 2005, and paid the $100 special

SPECIFIC REPORT
Request for Early Termination from Supervised Release
Re:    ATENDIDO, Michael F.
Criminal Case No. 99-00020-001
November 14, 2007
Page - 2 -

assessment fee on December 9, 1999. He is gainfully employed, has submitted all monthly supervision reports to date, and has tested negative at all random drug and alcohol tests.

In light of the above information, this Officer respectfully requests early termination by the court, pursuant to 18 U.S.C. §3583(e), as such action is warranted by Mr. Atendido's full compliance with his conditions of supervised release and is in the interest of justice.

RESPECTFULLY submitted this <u>14th</u> day of November 2007.

                         ROSSANNA VILLAGOMEZ-AGUON
                         Acting Chief U.S. Probation Officer

By:  /s/ JUDY ANNE L. OCAMPO
                       U.S. Probation Officer

Reviewed by:

/s/ CARMEN D. O'MALLAN
U.S. Probation Officer Specialist
  Supervision Unit Leader

cc:    AUSA
      Defense Counsel
      File