| PROB 35 (3/07) | **Report and Order Terminating Supervised Release Prior to Original Expiration Date** |
|---|---|

# United States District Court

FOR THE

*District of Guam*

UNITED STATES OF AMERICA

    v.      CRIMINAL CASE NO.    99-00020-001

MICHAEL F. ATENDIDO

On June 11, 2005, Michael F. Atendido was placed on supervised release for five years. He has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that Mr. Atendido be discharged from supervision.

Respectfully submitted,

ROSSANNA VILLAGOMEZ-AGUON
Acting Chief U.S. Probation Officer

By:  /s/ JUDY ANNE L. OCAMPO
U.S. Probation Officer

Reviewed by:

 /s/ CARMEN D. O'MALLAN
U.S. Probation Officer Specialist
Supervision Unit Leader

cc: AUSA
    Defense Counsel
    File

### ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged and that the proceedings in the case be terminated.

/s/ Frances M. Tydingco-Gatewood
Chief Judge
Dated: Nov 16, 2007